UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GORDON BULLOCK,　　　　　　　　　　　　No. C 13-5952 JCS (PR)

　　　　Plaintiff,　　　　　　　　　　　　　　　**ORDER OF TRANSFER**

　　v.

WASCO STATE PRISON,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　/

　　　This federal civil rights action, in which plaintiff raises claims against employees at Wasco State Prison, is TRANSFERRED to the Eastern District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

　　　**IT IS SO ORDERED**.

DATED: January 7 , 2014

　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

No. C 13-5952 JCS (PR)
ORDER OF TRANSFER